# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV11-00408 JAK (RNBx) | Date | February 6, 2012 |
|---|---|---|---|
| Title | United States of America v. Real Property In Santa Ana California | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION**

The Court, on its own motion, orders Plaintiffs to show cause in writing no later than **February 20, 2012**, why this action should not be dismissed for lack of prosecution. In the absence of showing good cause, a matter shall be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint pursuant to Fed. R. Civ. P. 4(m). An action may be dismissed prior to such time if the Plaintiff fails to diligently prosecute the action. The Court notes that the Proof of Service was filed on [date], however it is deficient as it does not indicate what documents were served and fails to list the names and addresses of the person(s) served.

The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Plaintiffs are advised that the Court will consider the filing of a responsive pleading to the complaint and/or proof(s) of service, which indicates proper service in full compliance with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |